AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) ROBERTS, VICTORIA A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 07/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD ROOM 123
DETROIT, MI. 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Michigan Bar Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | May 31, 2015 - June 2, 2015 | Washington DC | FJC educational seminar | Airfare, hotel, meals, taxi and room taxes |
| 2. | Federal Judicial Center | August 23, 2015 - August 25, 2015 | Denver, CO | FJC educational seminar | Airfare, hotel, meals, taxi and room taxes |
| 3. | Department of Justice | Sepetember 5, 2015 - September 15, 2015 | Lima, Peru | Meeting or seminar with another government entity | Airfare, hotel, meals, taxi and room taxes |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simone Road LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 2. Judy Circle LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 3. Fairview Drive LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 4. Dover Road LLC , Wayne County MI | C | Rent | L | W | | | | | |
| 5. Burger Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 6. Dearborn Heights LLC, Wayne County MI | A | Rent | L | W | | | | | |
| 7. Palmer Road LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 8. Knolson Road, LLC, Wayne County MI | B | Rent | K | W | | | | | |
| 9. JP Morgan Chase - Savings | A | Interest | K | T | | | | | |
| 10. Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 11. Ann Arbor Trail Assoc., LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 12. JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 13. Rental House - Detroit, MI | A | Rent | M | W | | | | | |
| 14. Charles Schwab: | | | | | | | | | |
| 15. -Voya Corporate Leaders Trust Fund | A | Dividend | | | Sold | 08/27/15 | K | A | |
| 16. -Clearbridge Appreciation Fund | A | Dividend | J | T | | | | | |
| 17. -Charles Schwab Deposit Account | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Capital One Financial CP | A | Dividend | | | Sold | 08/27/15 | K | A | |
| 19. -Lear Corporation | A | Dividend | J | T | | | | | |
| 20. -Guggenheim S&P 500 Equal WT Index Fund | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 21. -Market Vectors Intermediate Muni Index | A | Dividend | L | T | | | | | |
| 22. -Powershares DWA Small Cap Momentum Portfolio | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 23. -Powershares S&P Low Volatility Portfolio | A | Dividend | J | T | | | | | |
| 24. -Powershares FTSE RAFI Developed Markets | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 25. -Sectors SPDR Utility Select | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 26. -Vanguard REIT | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 27. -Vanguard Telecomunication Services | A | Dividend | | | Sold | 07/22/15 | J | A | |
| 28. -Vanguard Interm-Term Exempt Adm | A | Int./Div. | K | T | Buy | 08/28/15 | K | | |
| 29. Charles Schwab IRA: | | | | | | | | | |
| 30. -Delaware Diversified Income Fund | A | Dividend | L | T | | | | | |
| 31. -First Eagle Global Fund | A | Dividend | L | T | | | | | |
| 32. -Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 33. -Ivy Asset Strategy Fund Class I | B | Dividend | | | Sold | 02/11/15 | K | A | |
| 34. -Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Templeton Global Bond Fund | B | Dividend | | | Sold | 08/27/15 | K | A | |
| 36. -Transamerica Systematic Small/Mid Cap Value Fund | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 37. -Yachtman Focused Fund | A | Dividend | | | Sold | 02/11/15 | K | A | |
| 38. -Merk Co., Inc. | A | Dividend | J | T | | | | | |
| 39. -Loomis Sales Bond Fund | B | Dividend | K | T | | | | | |
| 40. -Vanguard Interm Bond | A | Dividend | L | T | | | | | |
| 41. -Guggenheim S&P 500 Equal Weight | A | Dividend | J | T | | | | | |
| 42. -IShares TR Bond 1-3 Year | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 43. -Ishares TR Int'l Select Dividend ETF | B | Dividend | | | Sold | 02/11/15 | K | A | |
| 44. -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 45. -MKT Vectors Biotech ETF | A | Dividend | J | T | Sold (part) | 07/27/15 | J | | |
| 46. -Powershares DWA Small Cap Momentum ETF | A | Dividend | J | T | | | | | |
| 47. -Vanguared Growth | B | Dividend | L | T | | | | | |
| 48. -Wisdomtree Equity Income High Yield Equity | B | Dividend | L | T | | | | | |
| 49. -Wisdomtree Midcap Dividend | A | Dividend | | | Sold | 08/27/15 | J | A | |
| 50. -Charles Schwab Deposit Account | A | Int./Div. | J | T | Open | 02/11/15 | J | | |
| 51. -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | K | T | Buy | 07/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares MSCI Emerging Mkts Min Vol | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 53. Janus High Yield | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 54. Powershares FTSE RAFI Dvlp Mkts Exus | A | Dividend | K | T | Buy | 09/02/15 | K | | |
| 55. SPDR DJ Wilshire Int'l Real Estate | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544